For the reason stated, the judgment of the trial court is reversed and the cause is remanded.

complaint and information, as well as all other matters of procedure, appear regular.

The judgment of the trial court is affirmed.

### ANDREWS v. STATE.
### No. 23463.

Court of Criminal Appeals of Texas.
Nov. 6, 1946.

### McELROY v. STATE.
### No. 23464.

Court of Criminal Appeals of Texas.
Nov. 6, 1946.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted for possessing whisky for the purpose of sale in a dry area. His punishment was assessed at a fine of $200 and confinement in the county jail for a period of 30 days.

The record is before us without a statement of facts or bills of exception. The

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted of possessing whisky for the purpose of sale in a dry area, the penalty being a fine of $200 and 30 days in jail.

The proceedings are regular and nothing is presented for our consideration as the record comes before this court without bills of exceptions or a statement of facts.

The judgment of the trial court is affirmed.